IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2015-cv-07425 |
| | ) | |
| UNIVERSITY PARK BOARD OF FIRE | ) | Judge Samuel Der-Yeghiayan |
| & POLICE COMMISSIONERS, THE | ) | Magistrate Judge Sidney-Schenkier |
| VILLAGE OF UNIVERSITY PARK, | ) | |
| and ED BRADLEY, in his official | ) | |
| capacity as Chief of Police. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF DEBORAH WILSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Deborah Wilson, through her attorneys, moves this Court under Federal Rule of Civil Procedure 6(b) for an extension of time to file her Response to the Defendants' Motion to Dismiss. In support thereof, the Plaintiff states as follows:

1. On September 9, 2015, the Defendants' filed a Motion to Dismiss the Plaintiff's Amended Complaint.

2. On September 15, 2015, this Court entered a briefing schedule on the Defendants' Motion. That schedule calls for the Plaintiff to file her Response to the Motion to Dismiss by October 6, 2015.

3. With due diligence and giving priority to the preparation of the Response Brief, Wilson's counsel believes that it will not be possible to prepare and file his Response Brief by October 6, 2015, due to pre-existing personal commitments, and the press of other matters.

1

4. Keith A. Karlson, principal counsel for Wilson, has been engaged in the following matters which will preclude him from filing his reply brief by October 6, 2015:

   a. Preparation for and attendance at an arbitration hearing involving the Metropolitan Alliance of Police and the Village of Mt. Prospect on September 15, 2015.

   b. Preparation for and attendance at an arbitration hearing involving the Metropolitan Alliance of Police and the Village of Western Springs on September 21 and 22, 2015.

   c. Presented and conducted an all-day seminar for Metropolitan Alliance of Police members on September 24, 2015.

5. In addition, the law firm representing the Plaintiff, Reimer Dobrovolny & Karlson LLC, is a small firm employing four (4) full time attorneys in its Chicago area office. Among other practice areas, the firm represents police and fire pension boards. By Illinois law, police and fire pension fund boards must meet at least quarterly. October 2015 is a quarterly meeting month for police and fire pension boards with the firm scheduled to attend more than 70 pension board meetings. This precludes providing his full attention to preparation of a brief without imposing an undue hardship.

6. In addition, Mr. Karlson will be out of the office attending and presenting at a previously scheduled pension conference in Lake Geneva, Wisconsin, from October 6-9, 2015.

7. Therefore, for the above stated reasons, the Plaintiff Deborah Wilson respectfully requests that this Court extend the time by which to file her Response to the Defendants' Motion to Dismiss by 45 days, from October 6, 2015, to November 23, 2015.

8. Counsel for the Defendant, Julie Bruch, has no objection to the proposed extension of time.

9. This is the first extension of time Plaintiff Deborah Wilson has sought in this case.

10. This Motion is not brought for the purpose of unduly delaying these proceedings or harassing any party.

11. Granting this Motion will not prejudice any party.

WHEREFORE, Plaintiff Deborah Wilson respectfully requests that the Court enter an order extending the time to file her Response Brief from October 6, 2015, to November 23, 2015 and granting such further relief as the Court deems necessary and appropriate.

                                                    Respectfully submitted,

                                          REIMER DOBROVOLNY & KARLSON, LLC.

By:   /s/ *Brian J. LaBardi*
       Brian J. LaBardi
       One of the Attorneys for Plaintiff

Keith A. Karlson (ARDC# 6279194)
Brian J. LaBardi (ARDC# 6288329)
REIMER DOBROVOLNY& KARLSON LLC
15 Spinning Wheel Rd., Suite 310
Hinsdale, IL  60521
Tel:     (630) 654-9547
Fax:    (630) 654-9676
kkarlson@rklaborlaw.com
blabardi@rklaborlaw.com

3