UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Deborah Wilson

Plaintiff,

v.

Case No.: 1:15−cv−07425
Honorable Samuel Der−Yeghiayan

University Park Board of Fire & Police Commissioners, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel appeared and reported to the Court that the parties have reached a resolution and are finalizing the documents. Based upon counsels' representations and as stated on the record, the instant action is hereby dismissed without prejudice to move for reinstatement by 12/31/16. In the event no party moves to reinstate by 12/31/16, the dismissal shall become a dismissal with prejudice at time. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.